IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>    Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION<br>and CSC HOLDINGS, INC.<br><br>    Defendants. | Case No. 06 - 635 |

**REMBRANDT TECHNOLOGIES, LP'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Rembrandt Technologies, LP ("Rembrandt"), hereby advises the Court that Rembrandt, a New Jersey limited partnership, has no parent corporation, nor is there any publicly held corporation that has a 10% or more ownership interest in Rembrandt.

                                              **WOMBLE CARLYLE SANDRIDGE &**
                                              **RICE, PLLC**

                                              /s/ Kevin M. Baird
                                              George Pazuniak (# 478)
                                              Kevin M. Baird (# 4219)
                                              James M. Lennon (#4570)
                                              222 Delaware Avenue, Suite 1501
                                              Wilmington, DE 19801
                                              Tel: (302) 252-4320
                                              Fax: (302) 661-7722
                                              gpazuniak@wcsr.com
                                              kbaird@wcsr.com
                                              jlennon@wcsr.com

                                              *Counsel for Plaintiff Rembrandt Technologies, LP*

Dated: October 13, 2006