AO 440  (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  DELAWARE

REMBRANDT TECHNOLOGIES, LP,

**SUMMONS IN A CIVIL CASE**

V.

CABLEVISION SYSTEMS
CORPORATION and CSC
HOLDINGS, INC.,

CASE NUMBER:    0 6 –    6 3 5

TO: (Name and address of Defendant)

CSC HOLDINGS, INC.
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

George Pazuniak (I.D. No. 478)
Kevin M. Baird (I.D. No. 4219)
James M. Lennon (I.D. No. 4570)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE  19801
(302) 252-4320

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          10/13/06

CLERK                                          DATE

Monica Mosley

(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 10/13/06 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| KEVIN DUNN | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant. Place where served: _____

_____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐  Name of person with whom the summons and complaint were left: _____

_____

☐  Returned unexecuted: _____

_____
_____

☒  Other (specify):   SERVED:  CSC HOLDINGS, INC C/O PRENTICE HALL CORPORATION SYSTEMS 2711 CENTERVILLE RD.  WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY MARY DRUMMOND

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __10/13/06__        _____
            Date                   *Signature of Server*
                                 BRANDYWINE PROCESS SERVERS, LTD.
                                 P.O. BOX 1360
                                 WILMINGTON, DE 19899-1360
                                 302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.