IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>    Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>    Defendants. | C.A. No. 06-635-GMS<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT OF CABLEVISION SYSTEMS CORPORATION AND CSC HOLDINGS, INC.

Pursuant to Fed. R. Civ. P. 7.1, Defendants Cablevision Systems Corporation and CSC Holdings, Inc. (collectively, "Cablevision") identify their parent corporations and any publicly held companies that own 10% or more of their stock:

1.    Cablevision Systems Corporation is a publicly held corporation with no parent corporation. The following are publicly held corporations that own 10% or more of Cablevision Systems Corporation's stock: Gabelli Asset Management, Inc., and Legg Mason, Inc. (through CAM North America, LLC, Smith Barney Fund Management LLC, and Salomon Brothers Asset Management Inc. as a group).

2.    CSC Holdings, Inc. is a wholly owned subsidiary of Cablevision Systems Corporation and is not publicly traded.

Cablevision reserves the right to supplement this statement, if necessary, pursuant to Rule 7.1(b).

OF COUNSEL:

Josh A. Krevitt
Charles J. Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000


Dated: November 1, 2006

*Kelly E. Farnan*
Frederick L. Cottrell, III  (#2555)
Cottrell@RLF.com
Kelly E. Farnan  (#4395)
Farnan@RLF.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Defendants Cablevision Systems
Corporation and CSC Holdings, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 1, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

**BY HAND DELIVERY:**

Kevin M. Baird
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

*Kelly E. Farnan*
Kelly E. Farnan (#4395)
Farnan@rlf.com

RLF1-3077238-1