IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>Defendants. | Case No. 06-635<br><br>**JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of TIMOTHY G. BARBER of Womble Carlyle Sandridge and Rice, PLLC, One Wachovia Center, Suite 3500, 301 South College Street, Charlotte, NC 28202, JOHN F. MORROW, of Womble Carlyle Sandridge and Rice, PLLC, One West Fourth Street, Winston-Salem, NC 27101 and BARRY S. GOLDSMITH of Womble Carlyle Sandridge and Rice, PLLC, Fairfax Square, 8065 Leesburg Pike, Fourth Floor, Tysons Corner, VA 22182, to represent Plaintiff, Rembrandt Technologies, LP, in this matter.

Respectfully submitted, this 9th day of November, 2006.

                                **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

                                /s/ Kevin M. Baird
                                George Pazuniak (# 478)
                                Gerard M. O'Rourke (# 3265)
                                Kevin M. Baird (# 4219)
                                James M. Lennon (#4570)
                                222 Delaware Avenue, Suite 1501
                                Wilmington, DE 19801
                                Tel: (302) 252-4320
                                Fax: (302) 252-4330
                                *Counsel for Plaintiff Rembrandt Technologies, LP*


- 2 -

IT IS SO ORDERED this _____ of November, 2006, that Timothy G. Barber, John F. Morrow and Barry S. Goldsmith are admitted *pro hac vice* to represent the Plaintiff in this matter.

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>Defendants. | Case No. 06-635<br><br>**JURY TRIAL DEMANDED** |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted, this 3rd day of November, 2006.

_____
Timothy G. Barber
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
301 South College Street
Charlotte, NC 28202
Telephone: (704) 331-4900
Facsimile: (704) 331-4955
E-mail: tbarber@wcsr.com

*Attorneys for Plaintiff Rembrandt Technologies, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>Defendants. | Case No. 06-635<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted, this 3rd day of November, 2006.

_____
John F. Morrow
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Wachovia Center, Suite 3500
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3600
Facsimile: (336) 721-3660

*Attorneys for Plaintiff Rembrandt Technologies, LP*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>Plaintiff,<br><br>v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>Defendants. | Case No. 06-635<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of North Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted, this 3rd day of November, 2006.

Barry S. Goldsmith
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Fairfax Square
8065 Leesburg Pike, Fourth Floor
Tysons Corner, VA 22182-2738
Telephone: (703) 790-3310
Facsimile: (703) 790-2623

*Attorneys for Plaintiff Rembrandt Technologies, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and caused the same to be served on the defendants at the address in the manner indicated below:

**VIA HAND DELIVERY**
Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899

**VIA EMAIL**
Josh A. Krevitt
JKrevitt@gibsondunn.com
Charles J. Boudreau
CBoudreau@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY  10166

/s/ Kevin M. Baird
Kevin M. Baird (#4219)

WCSR 3470744v1