IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>    Plaintiff,<br><br>    v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>    Defendants. | C.A. No.  06-635-GMS<br><br>**JURY TRIAL DEMANDED** |

### **PLAINTIFF'S REPLY TO DEFENDANTS' COUNTERCLAIMS**

Plaintiff Rembrandt Technologies, LP ("Rembrandt"), by and through its undersigned attorneys, hereby responds to the Counterclaims of Defendants Cablevision Systems Corporation and CSC Holdings, Inc. (collectively "Cablevision") as follows.  All allegations not expressly admitted are denied.

51.    Admitted.

52.    Admitted.

53.    Admitted.

54.    Rembrandt admits that this Court has jurisdiction over Cablevision's Counterclaims.  The remaining allegations of this paragraph do not require a response.

55.    Admitted.

56.    Rembrandt admits that it has asserted that Cablevision infringes the '627, '631, '819, '858, and '903 patents and that an actual controversy exists between Plaintiff and Cablevision over the alleged infringement.

## REPLY TO FIRST COUNTERCLAIM

57. Paragraphs 1 through 50 of Cablevision's Answer and Counterclaims do not require a response. Rembrandt denies all allegations contained in Cablevision's Affirmative Defenses. Rembrandt incorporates by reference its responses contained in Paragraphs 51 through 56 above.

58. Denied.

## REPLY TO SECOND COUNTERCLAIM

59. Paragraphs 1 through 50 of Cablevision's Answer and Counterclaims do not require a response. Rembrandt denies all allegations contained in Cablevision's Affirmative Defenses. Rembrandt incorporates by reference its responses contained in Paragraphs 51 through 58 above.

60. Denied.

## JURY DEMAND

Rembrandt hereby demands a jury trial on all issues appropriately triable by a jury.

## PRAYER FOR RELIEF

Rembrandt denies that Cablevision is entitled to any relief.

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ Kevin M. Baird
George Pazuniak (# 478)
Kevin M. Baird (# 4219)
James M. Lennon (# 4570)
AnnaMartina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel: (302) 252-4324
Fax: (302) 661-7725
kbaird@wcsr.com

OF COUNSEL :

Timothy G. Barber
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center
301 South College Street, Suite 3500
Charlotte, NC 28202-6037
Tel: (704) 331-4900
Fax: (704) 331-4955

John F. Morrow, Jr.
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3600
Fax: (336) 721-3660

Barry S. Goldsmith
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
Tel: (703) 790-3310
Fax: (703) 790-2623

*Counsel for Plaintiff Rembrandt Technologies, LP*


Dated:  November 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2006, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and caused the same to be served on the defendants at the address in the manner indicated below:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899

**VIA EMAIL**
Josh A. Krevitt
JKrevitt@gibsondunn.com
Charles J. Boudreau
CBoudreau@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY  10166

David Segal
DSegal@gibsondunn.com
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, California  92614

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)