IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CABLEVISION SYSTEMS CORPORATION, and )<br>CSC HOLDINGS, INC. )<br>)<br>Defendants. )<br>) | C.A. No. 06-635-GMS<br><br>JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR *PRO HAC VICE* APPEARANCE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amanda J. Tessar of Gibson, Dunn & Crutcher LLP, 1801 California Street, Suite 4200, Denver, Colorado 80202 in this matter.

*/s/ Frederick L. Cottrell, III*
_____
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Cablevision Systems
Corporation and CSC Holdings, Inc.

OF COUNSEL:

Josh A. Krevitt
Charles J. Boudreau
Amanda J. Tessar
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
(212) 351-4000

Dated: January 4, 2007

## ORDER GRANTING MOTION

SO ORDERED this _____ day of January, 2007.

_____
U.S.D.J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Colorado, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

*A. Tessar*
Amanda J. Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, Colorado 80202

DATE: December 22, 2006

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

### BY HAND DELIVERY:

Kevin M. Baird
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

_____
Frederick L. Cottrell, III (#2555)