IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-635-GMS |
| ) | |
| CABLEVISION SYSTEMS CORPORATION, and ) | JURY TRIAL DEMANDED |
| CSC HOLDINGS, INC. ) | |
|     Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 9, 2007, copies of Cablevision Systems Corporation and CSC Holdings, Inc.'s First Set of Interrogatories and First Set of Requests for Production were delivered to the following attorneys of record in the manner and at the addresses indicated:

**BY HAND DELIVERY:**
Kevin M. Baird
Womble Carlyle Sandridge &Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 198-1

OF COUNSEL:

Josh A. Krevitt
Charles J. Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David A. Segal
Gibson, Dunn & Crutcher LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557

Amanda J. Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202

Dated: February 13, 2007

/s/ Kelly E. Farnan
Frederick L. Cottrell, III (#2555)
Cottrell@RLF.com
Kelly E. Farnan (#4395)
Farnan@RLF.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Defendants Cablevision Systems
Corporation and CSC Holdings, Inc.

RLF1-3114313-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

**BY HAND DELIVERY:**

Kevin M. Baird
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801


*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)