IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-635-GMS |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION, and | ) | JURY TRIAL DEMANDED |
| CSC HOLDINGS, INC. | ) | |
|     Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 28, 2007, copies of Cablevision Systems Corporation's Rule 26(a)(1) Disclosures were delivered to the following attorney of record in the manner and at the address indicated:

**BY HAND DELIVERY:**
Kevin M. Baird
Womble Carlyle Sandridge &Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE  198-1

OF COUNSEL:

Josh A. Krevitt
Charles J. Boudreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193

David A. Segal
Gibson, Dunn & Crutcher LLP
4 Park Plaza, Suite 1400
Irvine, CA  92614-8557

Amanda J. Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202

Dated: March 1, 2007

/s/ Kelly E. Farnan
Frederick L. Cottrell, III  (#2555)
Cottrell@RLF.com
Kelly E. Farnan  (#4395)
Farnan@RLF.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Defendants Cablevision Systems Corporation and CSC Holdings, Inc.*

RLF1-3114313-1

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

### BY HAND DELIVERY:

Kevin M. Baird
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801


*Kelly E. Farnan*
Kelly E. Farnan (#4395)