IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>      Plaintiff,<br><br>  v.<br><br>CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC.<br><br>      Defendants. | C.A. No. 06-635-GMS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of **Plaintiff's First Set of Requests for Production of Documents and Things (Nos. 1-79) and Plaintiff's First Set of Interrogatories (Nos. 1-12)** were served upon the following attorneys of record in the manner indicated below on March 2, 2007:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899

**VIA EMAIL**
Josh A. Krevitt
JKrevitt@gibsondunn.com
Charles J. Boudreau
CBoudreau@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, NY  10166

David Segal
DSegal@gibsondunn.com
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, California  92614

Amanda Tessar
ATessar@gibsondunn.com
1801 California Street
Suite 4200
Denver, Colorado  80202

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

 /s/ Kevin M. Baird
George Pazuniak (# 478)
Kevin M. Baird (# 4219)
James M. Lennon (# 4570)
AnnaMartina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel:  (302) 252-4324
Fax:  (302) 661-7725
kbaird@wcsr.com

OF COUNSEL :

Timothy G. Barber
Womble Carlyle Sandridge & Rice, PLLC
One Wachovia Center
301 South College Street, Suite 3500
Charlotte, NC 28202-6037
Tel: (704) 331-4900
Fax: (704) 331-4955

John F. Morrow, Jr.
Womble Carlyle Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Tel: (336) 721-3600
Fax: (336) 721-3660

Barry S. Goldsmith
Womble Carlyle Sandridge & Rice, PLLC
8065 Leesburg Pike, 4th Floor
Tysons Corner, VA 22182-2738
Tel: (703) 790-3310
Fax: (703) 790-2623

*Counsel for Plaintiff Rembrandt Technologies, LP*

Dated:  March 2, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and caused the same to be served on the defendants at the address in the manner indicated below:

**VIA HAND DELIVERY AND EMAIL**
Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19899

**VIA EMAIL**
Josh A. Krevitt
JKrevitt@gibsondunn.com
Charles J. Boudreau
CBoudreau@gibsondunn.com
Gibson, Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY  10166

David Segal
DSegal@gibsondunn.com
Gibson, Dunn & Crutcher LLP
Jamboree Center
4 Park Plaza, Suite 1400
Irvine, California  92614

Amanda Tessar
ATessar@gibsondunn.com
1801 California Street
Suite 4200
Denver, Colorado  80202

/s/ Kevin M. Baird
Kevin M. Baird (# 4219)

3549437