# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

March 23, 2007

**VIA ELECTRONIC FILING**
The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Rembrandt Technologies, LP v. Cablevision Systems Corporation and CSC Holdings, Inc.*
C.A. 06-635-GMS

Dear Judge Sleet:

We represent defendants Cablevision Systems Corp. and CSC Holdings, Inc. ("Cablevision") in the above-captioned case. We are in receipt of the series of letters from various parties in this and the related cases. On behalf of Cablevision, we would defer to Your Honor's preference in proceeding forward in this and the related cases. However, we are prepared to proceed on Monday with the Rule 16 conference and to address the various letters if necessary. We are, as always, available at the Court's convenience.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg
cc: Clerk of the Court
Jack B. Blumenfeld, Esquire (via Hand Delivery)
Kevin M. Baird, Esquire (via Hand Delivery)
Richard L. Horwitz, Esquire (via Hand Delivery)
Edward R. Reines, Esquire (via electronic mail) (edward.reines@weil.com)
William W. Oxley, Esquire (via electronic mail) (woxley@orrick.com)
William L. Anthony, Jr., Esquire (via electronic mail) (wanthony@orrick.com)
John F. Sweeney, Esquire (via electronic mail)
Lauren E. Maguire, Esquire (via hand delivery)

RLF1-3130060-1