IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>CABLEVISION SYSTEMS CORPORATION, and )<br>CSC HOLDINGS, INC. )<br>    Defendants )  | Civil Action No. 06-635-GMS |

**CABLEVISION SYSTEMS CORPORATION AND CSC HOLDINGS, INC.'S
<u>NOTICE OF CHANGE OF ADDRESS</u>**

PLEASE TAKE NOTICE that the mailing address for attorney David A. Segal, counsel of record for CABLEVISION SYSTEMS CORPORATION, and CSC HOLDINGS, INC., should be changed effective July 30, 2007 to:

> Gibson, Dunn & Crutcher LLP
> 3161 Michelson Drive
> Irvine, CA  92612-4412

The telephone numbers, fax numbers and the e-mail address for David A. Segal remain the same.

| | |
|---|---|
| OF COUNSEL<br>Josh A. Krevitt<br>Charles J. Boudreau<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br><br>David A. Segal<br>Gibson, Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br><br>Amanda J. Tessar<br>Gibson, Dunn & Crutcher LLP<br>1801 California Street, Suite 4200<br>Denver, CO  80202<br><br>Dated: July 30, 2007 | /s/ Kelly E. Farnan<br>Frederick L. Cottrell, III  (#2555)<br>Cottrell@RLF.com<br>Kelly E. Farnan  (#4395)<br>Farnan@RLF.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE  19899<br>(302) 651-7700<br>*Attorneys for Defendants Cablevision Systems<br>Corporation and CSC Holdings, Inc* |

RLF1-3181874-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF and caused the same to be served on the defendant at the address and in the manner indicated below:

BY HAND DELIVERY:

Kevin M. Baird
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

/s/ Kelly E. Farnan
Kelly E. Farnan (#4395)

RLF1-3077238-1