IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REMBRANDT TECHNOLOGIES, LP<br><br>     Plaintiff,<br><br>     v.<br><br>CABLEVISION SYSTEMS CORPORATION,<br>and CSC HOLDINGS, INC.<br><br>     Defendant. | C.A. No. 06-635-GMS |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Kevin M. Baird of the firm of Prickett, Jones & Elliott, P.A. hereby withdraws his firm's appearance as counsel for Rembrandt Technologies, LP, in the above-captioned case.

PLEASE TAKE FURTHER NOTICE that, George Pazuniak (DE Bar #478) and James M. Lennon (# 4570) of the firm of Womble Carlyle Sandridge & Rice, PLLC, at 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, hereby enter their appearance as counsel for Rembrandt Technologies, LP and request to be added to all service lists in the above-captioned case.

This the 25th day of October, 2007.

WCSR 3767474v1

| **PRICKETT, JONES & ELLIOTT, P.A.** | **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC** |
|---|---|
| By: /s/ Kevin M. Baird_____ | By: /s/ George Pazuniak_____ |
| Kevin M. Baird (#4219) | George Pazuniak (#478) |
| 11 North State Street | James M. Lennon (#4570) |
| Dover, DE 19901 | 222 Delaware Avenue, Suite 1501 |
| Phone: (302) 674-3841 | Wilmington, DE 19801 |
|  | Phone: (302) 252-4320 |
|  | Fax: (302) 252-4330 |
|  | gpazuniak@wcsr.com |

*Attorneys for Plaintiff, Rembrandt Technologies, LP*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2007, I caused a true copy of the foregoing *Notice of Substitution of Counsel* to served on following by first-class mail and was electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

Frederick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

David A. Segal
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612

Josh A. Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue
47th Floor
New York, NY 10166

Amanda Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street
Suite 4200
Denver, Colorado 80202

/s/  George Pazuniak
George Pazuniak

WCSR 3767474v1