IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-635-GMS |
| | ) | |
| CABLEVISION SYSTEMS CORPORATION and CSC HOLDINGS, INC. | ) ) ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Pursuant to District of Delaware Local Rule 83.7, George Pazuniak and James M. Lennon of Womble Carlyle Sandridge & Rice, PLLC, hereby withdraw their appearance as counsel for plaintiff, Rembrandt Technologies, LP; and Collins J. Seitz, Jr., and Francis DiGiovanni of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enter their appearance as counsel for plaintiff, Rembrandt Technologies, LP.

| WOMBLE CARLYLE SANDRIDGE & RICE, PLLC | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ George Pazuniak | /s/ Collins J. Seitz, Jr. |
| George Pazuniak (Bar No. 478) | Collins J. Seitz, Jr. (Bar No. 2237) |
| gpazuniak@wcsr.com | cseitz@cblh.com |
| James M. Lennon (Bar No. 4570) | Francis DiGiovanni (Bar No. 3189) |
| jlennon@wcsr.com | fdigiovanni@cblh.com |
| 222 Delaware Avenue, Suite 1501 | 1007 North Orange Street |
| Wilmington, DE 19801 | P.O. Box 2207 |
| Phone: (302) 252-4320 | Wilmington, DE 19899 |
| Fax:    (302) 252-4330 | Phone: (302) 658-9141 |
| | Fax:    (302) 658-5614 |
| DATED: March 25, 2008 | *Attorneys for Rembrandt Technologies, LP* |
| | DATED: March 25, 2008 |

## CERTIFICATE OF SERVICE

I, Collins J. Seitz, Jr., hereby certify that on the 25th day of March, 2008, a true copy of the foregoing **Substitution of Counsel** was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the following and the document is available for viewing and downloading from CM/ECF:

**BY E-MAIL**

Jack B. Blumenfeld
Karen Jacobs Louden
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
klouden@mnat.com

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com

Fredrick L. Cottrell, III
Kelly E. Farnan
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
cottrell@rlf.com
farnan@rlf.com

John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
jshaw@ycst.com

Richard D. Kirk
Scott G. Wilcox
Stephen B. Brauerman
Bayard, PA
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
rkirk@bayardlaw.com
swilcox@bayardlaw.com
sbrauerman@bayardlaw.com

Peter J. Toren
Lawrence B. Goodwin
Monica V. Bhattacharyya
Stefan R. Stoyanov
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019
ptoren@kasowitz.com
lgoodwin@kasowitz.com
mbhattacharyya@kasowitz.com
sstoyanov@kasowitz.com

Josh A. Krevitt
Charles J. Bourdreau
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
jkrevitt@gibsondunn.com
cboudreau@gibsondunn.com

Amanda J. Tessar
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO 80202-2642
atessar@gibsondunn.com

Matthew D. Powers
Edward R. Reines
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
matthew.powers@weil.com
edward.reines@weil.com

John Desmarais
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
jdesmarais@kirkland.com

Mitchell Stockwell
Kilpatrick & Stockton LLP
110 Peachtree Street, N.E.
Suite 2800
Atlanta, GA 30309
MStockwell@KilpatrickStockton.com

David Segal
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, California 92612-4412
dsegal@gibsondunn.com

David S. Benyacar
Daniel L. Reisner
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
dbenyacar@kayescholer.com
dreisner@kayescholer.com

Robert A. Van Nest
Brian L. Ferrall
Daralyn J. Durie
Leo L. Lam
Matthew M. Werdegar
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, CA 94111
rvannest@kvn.com
bferrall@kvn.com
ddurie@kvn.com
llam@kvn.com
mwerdegar@kvn.com

Eric R. Lamison
Kirkland & Ellis LLP
555 California Street, Ste. 2700
San Francisco, CA 94104
elamison@kirkland.com

Bradford P. Lyerla
Kevin D. Hogg
Charles E. Juister
Marshall, Gerstein & Borun LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6357
blyerla@marshallip.com
khogg@marshallip.com
cjuister@marshallip.com

Richard Brown
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
rbrown@daypitney.com

Jonathan Tropp
Day Pitney LLP
One Canterbury Green
201 Broad Street
Stamford, CT 06901

Gerald Levy
Day Pitney LLP
7 Times Square
New York, NY 10036
glevy@daypitney.com

By:   */s/ Collins J. Seitz, Jr.*
      Collins J. Seitz, Jr. (#2237)
      cseitz@cblh.com